UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. 13-2338 _____ as

☑Retained  ☐Court-appointed(CJA)  ☐Court-assigned(non-CJA)  ☐Federal Defender  ☐Pro Bono  ☐Government

COUNSEL FOR: Takeda Pharmaceuticals America, Inc. and Takeda Pharmaceutical Company,

Ltd. _____ as the
(party name)

☐appellant(s)  ☑appellee(s)  ☐petitioner(s)  ☐respondent(s)  ☐amicus curiae  ☐intervenor(s)

_Damon W. D. Wright_
(signature)

Damon W. D. Wright
Name (printed or typed)

202-344-4937
Voice Phone

Venable LLP
Firm Name (if applicable)

202-344-8300
Fax Number

575 7th Street, NW

Washington, DC 20004
Address

dwdwright@venable.com
E-mail address (print or type)

### CERTIFICATE OF SERVICE

I certify that on 11/13/13 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Jerrod M. Smith (VSB #66279)
JERROD MYRON SMITH & ASSOCIATES
6802 Paragon Place, Suite 410
Richmond, Virginia 23230

Counsel for Appellant

_Damon W. D. Wright_
Signature

11/13/13
Date